# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MED-DEN FUNDING, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**B GRIGOROVICH D.D.S., INC.,**<br><br>　　　　　　　Defendant. | **8:20CV223**<br><br>**ORDER** |

This matter is before the Court following a telephone conference held with counsel for the parties on January 7, 2022. In accordance with the matters discussed during the telephone conference and for good cause shown,

**IT IS ORDERED:**

The jury trial of this case is rescheduled before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **April 11, 2022**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

Dated this 7th day of January, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge